UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-4-1H

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| LEOPOLDO GARCIA-ALTAMIRANO | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue Defendant's Arraignment. Because the motion contains personal information concerning counsel, the Court is of the opinion that Defendant's motion should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that Defendant's motion [DE #57] be sealed.

This 7th day of March 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge